

**STEVEN BANKS**
*Corporation Counsel*

THE CITY OF NEW YORK
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Courtney M. Soliday**
*Special Assistant Corporation Counsel*
Office: (212) 356-8761

April 23, 2026

**VIA ECF**

Hon. Jennifer H. Rearden
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007

    *Re:*  *N.C. et al. v. N.Y.C. Dep't of Educ.,* 25-cv-08141(JHR)(OTW)

Dear Judge Rearden:

  I am a Special Assistant Corporation Counsel in the office of Corporation Counsel, Steven Banks, attorney for Defendant in the above-referenced action, wherein Plaintiffs now seek solely attorneys' fees, costs and expenses for legal work on the implementation of an administrative hearing under the Individuals with Disabilities Education Act, 20 U.S.C. §1400, *et seq*. ("IDEA"), as well as for this action.

  I write to respectfully request an adjournment *sine dine* of the May 8, 2026 conference. Plaintiffs consent to this request. Defendant's first request for an extension of this deadline. The parties recently resolved Plaintiff's outstanding implementation claim. The parties are now working to resolve Plaintiff's claims for attorney's fees and costs. Defendant's internal review process is nearing completion and Defendant anticipates making an offer of settlement in the next three weeks. The parties are hopeful that this matter can be resolved without further burdening the Court.

  Thus, Defendant respectfully requests that the May 8, 2026 conference be adjourned *sine dine*.

  Thank you for considering this request.

Application GRANTED. The initial pretrial conference scheduled for May 8, 2026 is hereby adjourned *sine die*. By **May 22, 2026**, the parties shall file a letter or letters on the status of the matter.

The Clerk of Court is directed to terminate ECF No. 14.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: April 24, 2026

Respectfully submitted,
*/s/ Courtney M. Soliday*
_____
Courtney M. Soliday, Esq.
Special Assistant Corporation Counsel